**FILED**

MAR 13 2017

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 16–120–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| $4,566.00 in U.S. Currency, | |
| Defendant. | |

The parties have filed a settlement agreement before this Court. The settlement agreement sets forth the amount of $3,566.00 of the Defendant's personal property and currency that is agreed to be forfeited to the United States, along with $1000.00 to be returned to Claimant Earl Scott John in a check. Each party agrees to bear its own costs, fees, expenses and attorney fees. The settlement agreement settles and compromises each and every claim relating to the Defendant's property.

Accordingly, IT IS ORDERED that the Settlement Agreement (Doc. 15) is APPROVED. This case is CLOSED.

DATED this 13th day of March, 2017.

Dana L. Christensen, Chief Judge
United States District Court

-1-